No. 6381.—West India Oil Co., aplda., v. Brenes, etc., aplte.—
C. D. San Juan. Junio 5, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede y apareciendo que el apelante ha radicado ya en la secretaría de la corte de distrito una transcripción de la evidencia, la cual está pendiente de resolución por el juez de distrito, no ha lugar por ahora a la desestimación solicitada.

No. 6263.—Escudero, aplte., v. Porter, apldo.—C. D. San Juan. Febrero 6, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, se nos pide que desestimemos este recurso por no cumplir el alegato de la parte apelante con las reglas de este tribunal y por ser frívola la apelación:

Por cuanto, examinado el alegato se observa que los reparos de la parte apelada tienen algún fundamento pero que el alegato no se aparta tanto de nuestro reglamento, por lo que este tribunal, en uso de su discreción, no se encuentra justificado para desestimar por ese motivo:

Por cuanto, en lo que respecta a la cuestión de frivolidad, que no vamos a discutir ahora, no encontramos que la apelación esté tan carente de mérito que deba desestimarse por ese fundamento:

Por tanto, no ha lugar a la desestimación solicitada.

No. 6560.—Orcasitas etc., aplte., v. Ávarez, apldo. y Roig Commercial Bank, interventor.—C. D. San Juan. Febrero 9, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

No estando convencidos de que no sea apelable la orden recurrida, se declara, por ahora, no haber lugar a la desestimación solicitada, sin perjuicio de que la parte apelada reproduzca su moción al celebrarse la vista del caso en su fondo.

No. 6506.—Delgado Vda. de Heyliger, aplda., v. Miller, aplte.—
C. D. Mayagüez. 
Febrero 24, 1934.

(Por la Corte, a propuesta del Juez sociado Sr. Wolf.)

Por cuanto, con posterioridad a la radicación de la moción para desestimar, o sea en enero 29, 1934, la parte apelada autorizó conjuntamente con la apelante la certificación del legajo de sentencia, lo cual implica un abandono tácito de la moción de desestimación;

Por tanto, archívese dicha moción, y se autoriza la continuación del recurso.